JOHN P. REITMAN (State Bar No. 80579)
jreitman@landaufirm.com
MONICA RIEDER (State Bar No. 263250)
mrieder@landaufirm.com
LANDAU LAW LLP
2338 Manning Ave.
Los Angeles, California 90064
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Appellant Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>        Debtor | District Court Case No. 8:22-CV-00031-JVS<br><br>Bankr. Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No. 8:20-ap-01049-SC |
| RICHARD A. MARSHACK,<br>CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>        Appellant,<br><br>v.<br><br>ALEDMI, LLC, an administratively dissolved Washington limited liability company; ALAN CHAFFEE, as successor in interest to ALEDMI, LLC; EDWIN SPAUNHURST, as successor in interest to ALEDMI, LLC; and MICHAEL WHITE, as successor in interest to ALEDMI, LLC,<br><br>        Appellees. | **STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE** |

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The parties to the above-entitled Stipulation are Appellant Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP (the "Appellant"), and Appellees Aledmi, LLC, Alan Chaffee, Edwin Spaunhurst, and Michael White (the "Appellees," and collectively with Appellant, the "Parties").  This Stipulation is made with reference to the following:

### RECITALS

A.      The Parties have reached a settlement of the issues involved in the above-captioned adversary proceeding (the "Adversary Proceeding") and this appeal therefrom (the "Appeal").  The settlement has been approved by the Bankruptcy Court, as required for a settlement entered by a bankruptcy trustee, and the settlement is now effective.

B.      The settlement provides, among other things, for the Appeal to be dismissed with prejudice and for each of the Appellant and the Appellees to bear his/their own attorney's fees and costs in connection with the Adversary Proceeding and the Appeal.

### AGREEMENTS

Subject to the approval of this Court, the Parties agree as follows:

1.      The Appeal shall be dismissed with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

2.      The Appellant shall bear his own attorney's fees and costs in connection with the Adversary Proceeding and the Appeal, and the Appellees shall bear their own attorney's fees and costs in connection with the Adversary Proceeding and the Appeal.

DATED:  May 10, 2022              LANDAU LAW LLP

                                 /s/ John P. Reitman
                                 John P. Reitman
                                 Attorneys for Appellant Richard A. Marshack,
                                 Chapter 7 Trustee for Eagan Avenatti, LLP

DATED:  May 10, 2022             SMILEY WANG-EKVALL, LLP

                                 Robert S. Marticello
                                 Michael L. Simon
                                 Attorneys for Appellees Aledmi, LLC, Alan
                                 Chafee, Edwin Spaunhurst, and Michael White

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

2908225.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case.  My business address is: **Landau Law LLP, 2338 Manning Avenue, Los Angeles, California 90064.**

A true and correct copy of the foregoing document entitled: <u>**Stipulation for Dismissal of Appeal with Prejudice**</u> will be served or was served in the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  The foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>**May 10, 2022,**</u> I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert S Marticello** rmarticello@swelawfirm.com, jchung@swelawfirm.com, lgarrett@swelawfirm.com,gcruz@swelawfirm.com
- **John P Reitman** jreitman@landaufirm.com, srichmond@landaufirm.com, hrichmond@landaufirm.com, avedrova@landaufirm.com, vrichmond@landaufirm.com
- **Michael Lewis Simon** msimon@swelawfirm.com, jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

**2.  <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): On (*date*) <u>**May 10, 2022**</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed by 12:00 p.m. the day following filing</u>.

<u>**SERVED BY PERSONAL DELIVERY:**</u>
Honorable James V. Selna
U.S. District Court
411 West 4th Street
Courtroom 10C, 10th Floor (at the rear of the elevator lobby)
Santa Ana, California 92701-4516

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 10, 2022 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2908225.1