JS-6

JOHN P. REITMAN (State Bar No. 80579)
jreitman@landaufirm.com
MONICA RIEDER (State Bar No. 263250)
mrieder@landaufirm.com
LANDAU LAW LLP
2338 Manning Ave.
Los Angeles, California 90064
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Appellant Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor | District Court Case No. 8:22-CV-00031-JVS<br><br>Bankr. Case No. 8:19-bk-13560-SC<br><br>Chapter 7 |
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>Appellant,<br><br>v.<br><br>ALEDMI, LLC, an administratively dissolved Washington limited liability company; ALAN CHAFFEE, as successor in interest to ALEDMI, LLC; EDWIN SPAUNHURST, as successor in interest to ALEDMI, LLC; and MICHAEL WHITE, as successor in interest to ALEDMI, LLC,<br><br>Appellees. | Adv. No. 8:20-ap-01049-SC<br><br>**ORDER APPROVING STIPULATION AND DISMISSING APPEAL WITH PREJUDICE** |

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The Court having considered the Stipulation filed at docket no. 13, and good cause appearing therefor,

THE STIPULATION IS APPROVED, and it is hereby ordered that:

1. The above-captioned appeal (the "Appeal") is hereby dismissed with prejudice; and

2. Appellant Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP, shall bear his own attorney's fees and costs in connection with the Appeal and with the above-captioned adversary proceeding from which the Appeal arose (the "Adversary Proceeding"), and Appellees Aledmi, LLC, Alan Chaffee, Edwin Spaunhurst, and Michael White shall bear their own attorney's fees and costs in connection with the Adversary Proceeding and the Appeal.

Dated: May 11, 2022

_____
United States District Judge
James V Selna